```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

CHAUNQUINN BERNARD,

    Plaintiff,

vs.     No. 06-2088-Ml/P

CITY OF MEMPHIS, et al.,

    Defendants.

ORDER OF DISMISSAL

    Plaintiff Chaunquinn Bernard, booking number 6100626, who was, at the time, a pretrial detainee at the Shelby County Criminal Justice Complex ("Jail") in Memphis, Tennessee, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on February 10, 2006. The Court issued an order on February 22, 2006 directing the plaintiff, within thirty days, to file the documentation required by the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915(a)-(b), or remit the full $250 filing fee. The plaintiff's copy of that order was returned by the post office on March 2, 2006 with a notation that he had been released from the Jail. To date, the plaintiff has not supplied the clerk with a forwarding address.

    At this time, the Court has no means of ascertaining the plaintiff's whereabouts and, therefore, cannot ask him whether he intends to continue prosecuting this lawsuit. The most basic responsibility of a litigant is to advise the Court of his current

address. In light of the fact that the plaintiff has not provided the clerk with his current address in the weeks since his release, the Court DISMISSES this action without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this 14th day of April, 2006.

  /s/ Jon P. McCalla  
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE